1

2

3

4                               UNITED STATES DISTRICT COURT

5                              NORTHERN DISTRICT OF CALIFORNIA

6

7   THE OFFICIAL COMMITTEE OF
    UNSECURED CREDITORS OF HOWREY
8   LLP, and ALLAN B. DIAMOND,              **ORDER RE CONSOLIDATION AND**
    CHAPTER 11 TRUSTEE OF HOWREY,           **BRIEFING SCHEDULE**
9   LLP,

10                  Appellants,

11          v.

12  U.S. BANK, NATIONAL ASSOCIATION,        Case No.  15-cv-03935-JD
    as Trustee;
13
    1875/1925 CENTURY PARK EAST CO.;        Case No.  15-cv-03937-JD
14
    THE IRVINE CO., LLC;                    Case No.  15-cv-03938-JD
15
    KNICKERBOCKER PROPERTIES, INC.          Case No.  15-cv-03939-JD
16  XXXIII; and
                                            Case No.  15-cv-03959-JD
17  DEWEY & LEBOEUF, LLP,

18                  Appellees.

19

20          The Court finds that these cases involve common issues of law and consolidates them

21  pursuant to Fed. R. Civ. P. 42(a).  *See also* Dkt. No. 9 ¶ 9 (the parties agree to consolidation of the

22  first four filed cases).  Case No. 15-cv-3935-JD will be the lead case in which all future filings

23  should be made.

24          The Court orders the following briefing schedule:

25          1.  Appellant will file a single, consolidated opening brief on appeal of not more than 25

26              pages by February 3, 2016.

27          2.  Appellees will jointly file a single opposition brief, no longer than 25 pages, by March

28              2, 2016.  If any appellee has a good faith belief that it has unique factual circumstances

*United States District Court*
*Northern District of California*

that require the Court's attention, it may file a supplemental brief of up to 6 pages by March 2, 2016.  A supplemental brief may not address issues duplicative of the joint brief.

3.   Appellant may then file a single, 15 page reply brief by March 23, 2016.

4.   The Court will then determine whether to set a hearing.

**IT IS SO ORDERED.**

Dated: December 16, 2015

_____
JAMES DONATO
United States District Judge